# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Pride Chemical (Alcohol) | 11/25/2022 | 266314 | Check | $ 16,521.03 |
| Akorn Operating Company, LLC | Pride Chemical (Alcohol) | 12/7/2022 | 266447 | Check | $ 64,950.74 |
| Akorn Operating Company, LLC | Pride Chemical (Alcohol) | 12/14/2022 | 266448 | Check | $ 27,403.03 |
| Akorn Operating Company, LLC | Pride Chemical (Alcohol) | 12/15/2022 | 266589 | Check | $ 33,727.01 |
| Akorn Operating Company, LLC | Pride Chemical (Alcohol) | 1/6/2023 | 266942 | Check | $ 62,338.26 |
| Akorn Operating Company, LLC | Pride Chemical (Alcohol) | 1/27/2023 | 267092 | Check | $ 27,416.37 |
| Akorn Operating Company, LLC | Pride Chemical (Alcohol) | 2/13/2023 | 267362 | Check | $ 96,539.50 |
| | | | | | $ 328,895.94 |